February 11, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JULIA ALMANZA, Appellant

NO. 14-12-01114-CV                          V.

JOHNNY SALAS, RICARDO HINOJOSA AND  ISABELLE M. HINOJOSA,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Johnny Salas, Ricardo Hinojosa and Isabelle M. Hinojosa, signed December 19, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Julia Almanza, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.